

**SO ORDERED.**
**SIGNED this 25th day of April, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE, TENNESSEE

| | |
|---|---|
| IN RE: | |
| MICHAEL DULIN, | No. 3:18-BK-33056-SHB |
| Debtor. | Chapter 7 |

_____

| | |
|---|---|
| SHANE PARKEY, and wife, MELISSA PARKEY, | |
| Plaintiffs, | |
| v. | ADVERSARY NO. 19-ap-03017-SHB |
| MICHAEL DULIN, | |
| Defendant. | |

**AGREED ORDER APPROVING STIPULATION OF NONDISCHARGEABILITY OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. § 727(a)(10)**

The petition having been filed in this case on October 3, 2018, by the debtor Michael Dulin (the "Debtor"), and Shane and Melissa Parkey ("Parkeys") having filed the subject Adversary Proceeding on March 5, 2019, to challenge the dischargeability of the debt owed to Parkeys, and the Debtor having individually executed a written waiver of the discharge of this debt pursuant to the Stipulation of Nondischargeability attached hereto as Exhibit A (the "Stipulation"), the Court finds the Debtor's waiver of discharge of the debt owed to the Parkeys is appropriate and should be approved.  IT IS THEREFORE,

**ORDERED** that, pursuant to 11 U.S.C. § 727(a)(10), the waiver of discharge by the Debtor, as reflected in the Stipulation attached hereto, is hereby approved.

###

Approved for entry:

QUIST, FITZPARTICK & JARRARD, PLLC

By:   /s/ Ryan E. Jarrard
Ryan E. Jarrard (BPR # 024525)
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN  37929-9711
*Attorney for Debtor*

MOORE & BROOKS

By:   /s/ James R. Moore
James R. Moore, (BPR # 005894)
6223 Highland Place Way, Suite 102
Knoxville, Tennessee 37919
(865) 450-5455
*Attorney for Parkeys*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE, TENNESSEE

IN RE:
MICHAEL DULIN,                                                No. 3:18-BK-33056-SHB

      Debtor.                                                Chapter 7

---

SHANE PARKEY, and wife,
MELISSA PARKEY,

      Plaintiffs,

v.                                                               ADVERSARY NO. 19-ap-03017-SHB

MICHAEL DULIN,

      Defendant.

## STIPULATION OF NONDISCHARGEABILITY
## OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. § 1228(a)

Come the debtor, Michael Dulin (the "Debtor"), and stipulate to the nondischargeability of the debts owed to Shane and Melissa Parkey ("Parkeys") in this adversary proceeding, namely the claims asserted pursuant to 11 U.S.C. § 523(a)(2), (4) and (6). Debtor acknowledges his liability to Parkeys in the amount of $99,174.91 (the "Debt") as of March 21, 2018, representing the earnest money deposit paid by the Parkeys, with a credit for the value of the work partially completed and deducting the Parkeys costs to complete the work. Therefore, Debtor represents to the Court that he has been advised by his attorney regarding the consequences of waiving the discharge of the Debt. Having been so advised, the Debtor represent that he has made a conscious, informed, and knowing decision to execute this stipulated waiver of discharge. Pursuant to 11 U.S.C. §

727(a)(10), the Debtor hereby waives his right to a discharge of the Debt in this case and any subsequent petition under the Bankruptcy Code.

_____   4/5/19
Michael Dulin                Date

_____   4/5/19
Ryan E. Jarrard (BPR # 024525)   Date
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN  37929-9711
*Attorney for Debtor*

2